[Nos. 38317-5-I; 38361-2-I.   Division One.   September 2, 1997.]

JERRY WOODHEAD, *Appellant*, v. DISCOUNT WATERBEDS, INC., ET AL., *Respondents*.

JOHN E. NEES, ET AL., *Respondents*, v. JERRY WOODHEAD, ET AL., *Appellants*.

Appeals from judgments of the Superior Court for King County, Nos. 93-2-24983-7 and 94-2-06790-7, James Bates and Carol A. Schapira, JJ., entered February 27 and March 25, 1996. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Agid, JJ.

[No. 38406-6-I.   Division One.   September 2, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. COLLEEN COTTRILL GRAY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-05043-0, JoAnne Alumbaugh, J., entered April 2, 1996. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Webster and Kennedy, JJ.

[No. 38494-5-I.   Division One.   September 2, 1997.]

ROBERT MCLAUGHLIN, *Appellant*, v. WATERCRAFT INTERNATIONAL, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-20065-8, Faith Enyeart Ireland, J., entered April 11, 1996. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Webster, J., concurred in by Kennedy, A.C.J., and Ellington, J.

[No. 38519-4-I.   Division One.   September 2, 1997.]

FARPOINT DEVELOPMENT, INC., *Appellant*, v. JOHN D. LUX, JR., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-18986-5, Nancy Ann Holman, J., entered April 15, 1996. *Affirmed* by unpublished opinion per Becker, J., concurred in by Kennedy, A.C.J., and Grosse, J.